EW

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Jack Rajchenbach, et al. | ) | |
| Plaintiffs | ) | Case No: 15 C 9179 |
| | ) | |
| v. | ) | |
| **Mid Country Bank** | ) | Judge: **CHARLES R. NORGLE** |
| Defendant | ) | |
| | ) | |

**ORDER**

Hearing held on Defendant's Motion to Dismiss or, in the Alternative, Transfer Venue [13]. Defendant's Motion [13] is granted in part. Upon consent of the parties, it is hereby ordered that this case be transferred to United States District for the District of Minnesota at St. Paul, Minnesota.

Date: 11/6/2015

Charles Norgle

CHARLES R. NORGLE, JUDGE
UNITED STATES DISTRICT COURT

(Time:00:15)