**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**Thomas G. Bruton**
**CLERK**

November 23, 2015

**Minnesota District Court**
Rich Sletten, Clerk of Court
United States Courthouse
300 South Fourth Street, Suite 202
Minneapolis, MN 55415

RE: Rajchenbach et al v. MidCountry Bank
Case No: **1:15-cv-09179**

Dear Clerk:

Pursuant to the order entered by Honorable Charles R. Norgle, on 11/6/2015, the above record

■ was electronically transmitted to: The USDC for the District of Minnesota at St. Paul, Minnesota.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Thomas G. Bruton, Clerk

By: /s/ Melissa Rivera
Deputy Clerk

Enclosures

New Case No. ______________________ Date ____________________

cc: Non-ECF Attorneys and Pro se Parties